# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>REVSTONE INDUSTRIES, LLC, et al.,[1]<br>              Reorganized Debtors. | Chapter 11<br>Case No. 12-13262 (BLS)<br>Jointly Administered |
| FRED C. CARUSO, solely in his capacity as the Revstone/Spara Litigation Trustee for the Revstone/Spara Litigation Trust,<br>              Plaintiff,<br>   v.<br>ASCALON ENTERPRISES, et al.,<br>              Defendants. | Adv. No. 14-50031 (BLS) |
| FRED C. CARUSO, solely in his capacity as the Revstone/Spara Litigation Trustee for the Revstone/Spara Litigation Trust,<br>              Plaintiff,<br>   v.<br>GEORGE S. HOFMEISTER, et al.,<br>              Defendants. | Adv. No. 14-50033 (BLS) |
| FRED C. CARUSO, solely in his capacity as the Revstone/Spara Litigation Trustee for the Revstone/Spara Litigation Trust,<br>              Plaintiff,<br>   v.<br>HOMER W. MCCLARTY, et al.,<br>              Defendants. | Adv. No. 14-50986 (BLS) |
| FRED C. CARUSO, solely in his capacity as the Revstone/Spara Litigation Trustee for the Revstone/Spara Litigation Trust,<br>              Plaintiff,<br>   v.<br>DONALD B. LIFTON, et al,,<br>              Defendants. | Adv. No. 14-50983 (BLS) |

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool & Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each Debtor is: Revstone Industries, LLC, et al., c/o Huron Consulting Group Inc., PO Box 1720, Birmingham, MI 48012, Attn: John C. DiDonato, Chief Restructuring Officer.

| | |
|---|---|
| FRED C. CARUSO, solely in his capacity as the Revstone/Spara Litigation Trustee for the Revstone/Spara Litigation Trust,<br>            Plaintiff,<br>    v.<br>REVSTONE CHINA BVI HOLDING, LTD., et al.,<br>            Defendants. | Adv. No. 14-50985 (BLS) |
| In re:<br>TPOP, LLC,[2]<br>            Debtor. | Chapter 11<br>Case No. 13-11831 (BLS) |
| TPOP, LLC,<br>            Plaintiff,<br>    v.<br>JPMORGAN CHASE BANK, N.A., et al.,<br>            Defendants. | Adv. No. 14-50032 (BLS) |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION FOR JUDGMENT AGAINST GEORGE S. HOFMEISTER**

The undersigned hereby certifies as follows:

1. The Revstone/Spara Litigation Trust (the "Litigation Trust"), TPOP, LLC ("TPOP", together with the Litigation Trust, the "Plaintiffs"), and defendant George S. Hofmeister ("Hofmeister", collectively the "Parties") have reached a settlement evidenced by the *Settlement Agreement* (the "Settlement Agreement") pursuant to which the Parties have agreed that judgment (the "Judgment") be entered in each of the above-captioned adversary proceedings (the "Adversary Proceedings") against Hofmeister and in favor of Plaintiffs, in the total principal amount of $5,000,000.00 ("Principal Amount") with respect to each Claim for Relief set forth in the complaints filed in each of the Adversary Proceedings.

2. Hofmeister has consented to entry of the Judgment by the Court and has waived all rights to appeal or otherwise challenge entry of the Judgment.

---

[2] The Debtor in this chapter 11 case is TPOP, LLC f/k/a Metavation, LLC, and the last four digits of its federal tax identification number are 5884. The location of the Debtor's headquarters and the Debtor's service address is TPOP, LLC, c/o Huron Consulting Group Inc., 900 Wilshire Drive, Suite 270, Troy, MI 48084, Attn: John C. DiDonato, Chief Restructuring Officer.

2

3. The Plaintiffs and Hofmeister have entered into a *Stipulation for Judgment Against George S. Hofmeister* (the "Stipulation") which establishes the judgment amount against Hofmeister. The Stipulation is attached hereto as **Exhibit A**.

4. A proposed form of judgment is attached to the Stipulation.

5. Accordingly, the Plaintiff respectfully requests that this Court enter the Judgment.

Dated: December 18, 2020

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Laura Davis Jones (Bar No. 2436)
Alan J. Kornfeld (CA Bar No. 130063)
Colin R. Robinson (Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
         akornfeld@pszjlaw.com
         crobinson@pszjlaw.com

*Counsel to Plaintiffs*