# **EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>REVSTONE INDUSTRIES, LLC, et al.,[1]<br>        Reorganized Debtors. | Chapter 11<br>Case No. 12-13262 (BLS)<br>Jointly Administered |
| FRED C. CARUSO, solely in his capacity as the Revstone/Spara Litigation Trustee for the Revstone/Spara Litigation Trust,<br>        Plaintiff,<br>  v.<br>ASCALON ENTERPRISES, et al.,<br>        Defendants. | Adv. No. 14-50031 (BLS) |
| FRED C. CARUSO, solely in his capacity as the Revstone/Spara Litigation Trustee for the Revstone/Spara Litigation Trust,<br>        Plaintiff,<br>  v.<br>GEORGE S. HOFMEISTER, et al.,<br>        Defendants. | Adv. No. 14-50033 (BLS) |
| FRED C. CARUSO, solely in his capacity as the Revstone/Spara Litigation Trustee for the Revstone/Spara Litigation Trust,<br>        Plaintiff,<br>  v.<br>HOMER W. MCCLARTY, et al.,<br>        Defendants. | Adv. No. 14-50986 (BLS) |
| | Adv. No. 14-50983 (BLS) |

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool & Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each Debtor is: Revstone Industries, LLC, et al., c/o Huron Consulting Group Inc., PO Box 1720, Birmingham, MI 48012, Attn: John C. DiDonato, Chief Restructuring Officer.

| | |
|---|---|
| FRED C. CARUSO, solely in his capacity as the Revstone/Spara Litigation Trustee for the Revstone/Spara Litigation Trust, <br>     Plaintiff, <br> v. <br>DONALD B. LIFTON, et al,, <br><br>     Defendants. | |
| FRED C. CARUSO, solely in his capacity as the Revstone/Spara Litigation Trustee for the Revstone/Spara Litigation Trust, <br>     Plaintiff, <br> v. <br>REVSTONE CHINA BVI HOLDING, LTD., et al., <br><br>     Defendants. | Adv. No. 14-50985 (BLS) |
| In re: <br>TPOP, LLC,[2] <br>     Debtor. | Chapter 11 <br>Case No. 13-11831 (BLS) |
| TPOP, LLC, <br>     Plaintiff, <br> v. <br>JPMORGAN CHASE BANK, N.A., et al., <br>     Defendants. | Adv. No. 14-50032 (BLS) |

## **STIPULATION FOR JUDGMENT AGAINST GEORGE S. HOFMEISTER**

---

[2] The Debtor in this chapter 11 case is TPOP, LLC f/k/a Metavation, LLC, and the last four digits of its federal tax identification number are 5884. The location of the Debtor's headquarters and the Debtor's service address is TPOP, LLC, c/o Huron Consulting Group Inc., 900 Wilshire Drive, Suite 270, Troy, MI 48084, Attn: John C. DiDonato, Chief Restructuring Officer.

- 2 -

DOCS_DE:231021.4 73864/029

IT IS HEREBY STIPULATED by and between the Revstone/Spara Litigation Trust (the "Litigation Trust"); (b) TPOP, LLC ("TPOP", together with the Litigation Trust, the "Plaintiffs"); and (c) George S. Hofmeister ("Hofmeister", collectively the "Parties"), as follows:

1. The Parties have reached a settlement evidenced by the *Settlement Agreement* (the "Settlement Agreement") pursuant to which the Parties have agreed that judgment in the form attached hereto (the "Judgment") be entered in each of the above-captioned adversary proceedings (the "Adversary Proceedings") against Hofmeister and in favor of Plaintiffs, in the total principal amount of $5,000,000.00 ("Principal Amount") with respect to each Claim for Relief set forth in the complaints filed in each of the Adversary Proceedings.

2. The Parties have agreed that post-judgment interest on the Principal Amount shall accrue and be payable by Hofmeister to Plaintiffs, at the prevailing federal rate pursuant to 28 U.S.C. § 1961 from the date of entry of the Judgment to the date the Principal Amount is paid in full.

3. Hofmeister has consented to entry of the Judgment by the Court and has waived all rights to appeal or otherwise challenge entry of the Judgment.

4. Upon entry of the Judgment, the Adversary Proceedings shall be dismissed with prejudice as to the each of the remaining defendants other than Hofmeister.

ACCEPTED AND AGREED TO BY:

Dated: December 11, 2020

**TPOP, LLC**

_____
John C. Didonato
President

Dated: December ___, 2020

**Revstone/Spara Litigation Trust**

_____
Fred C. Caruso of Development Specialists, Inc., in his capacity as the Revstone/Spara Litigation Trustee

DOCS_DE:231021.4 73864/029

IT IS HEREBY STIPULATED by and between the Revstone/Spara Litigation Trust (the "Litigation Trust"); (b) TPOP, LLC ("TPOP", together with the Litigation Trust, the "Plaintiffs"); and (c) George S. Hofmeister ("Hofmeister", collectively the "Parties"), as follows:

1. The Parties have reached a settlement evidenced by the *Settlement Agreement* (the "Settlement Agreement") pursuant to which the Parties have agreed that judgment in the form attached hereto (the "Judgment") be entered in each of the above-captioned adversary proceedings (the "Adversary Proceedings") against Hofmeister and in favor of Plaintiffs, in the total principal amount of $5,000,000.00 ("Principal Amount") with respect to each Claim for Relief set forth in the complaints filed in each of the Adversary Proceedings.

2. The Parties have agreed that post-judgment interest on the Principal Amount shall accrue and be payable by Hofmeister to Plaintiffs, at the prevailing federal rate pursuant to 28 U.S.C. § 1961 from the date of entry of the Judgment to the date the Principal Amount is paid in full.

3. Hofmeister has consented to entry of the Judgment by the Court and has waived all rights to appeal or otherwise challenge entry of the Judgment.

4. Upon entry of the Judgment, the Adversary Proceedings shall be dismissed with prejudice as to the each of the remaining defendants other than Hofmeister.

ACCEPTED AND AGREED TO BY:

Dated: December __, 2020

**TPOP, LLC**


_____
John C. Didonato
President

Dated: December 9, 2020

**Revstone/Spara Litigation Trust**

*/s/ Fred C. Caruso*
_____
Fred C. Caruso of Development Specialists, Inc., in his capacity as the Revstone/Spara Litigation Trustee

DOCS_DE:231021.4 73864/029

Dated: December 11, 2020

*[signature]*

George S. Hofmeister

APPROVED AS TO FORM:

Dated: December ___, 2020         PACHULSKI STANG ZIEHL & JONES LLP

By: _____
    Laura Davis Jones (Bar No. 2436)
    Alan J. Kornfeld (CA Bar No. 130063)
    Colin R. Robinson (Bar No. 5524)

*Counsel for Plaintiffs*

APPROVED AS TO FORM:

Dated: December ___, 2020         LAW OFFICE OF SHELDON S. TOLL PLLC

By: _____
    Sheldon S. Toll

*Counsel for Defendants*

Dated: December __, 2020

_____
George S. Hofmeister

APPROVED AS TO FORM: Dated: December 11, 2020

PACHULSKI STANG ZIEHL & JONES LLP

By: _/s/ Colin R. Robinson_____
Laura Davis Jones (Bar No. 2436)
Alan J. Kornfeld (CA Bar No. 130063)
Colin R. Robinson (Bar No. 5524)

*Counsel for Plaintiffs*

APPROVED AS TO FORM:

Dated: December ___, 2020

LAW OFFICE OF SHELDON S. TOLL PLLC

By: _____
Sheldon S. Toll

*Counsel for Defendants*

- 4 -

Dated: December __, 2020

_____
George S. Hofmeister

APPROVED AS TO FORM:

Dated: December ___, 2020    PACHULSKI STANG ZIEHL & JONES LLP

By: _____
    Laura Davis Jones (Bar No. 2436)
    Alan J. Kornfeld (CA Bar No. 130063)
    Colin R. Robinson (Bar No. 5524)

*Counsel for Plaintiffs*

APPROVED AS TO FORM:

Dated: December  11, 2020    LAW OFFICE OF SHELDON S. TOLL PLLC

By: *S. S. Toll*
    Sheldon S. Toll

*Counsel for Defendants*

# STIPULATED JUDGMENT

| | |
|---|---|
| FRED C. CARUSO, solely in his capacity as the Revstone/Spara Litigation Trustee for the Revstone/Spara Litigation Trust,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>REVSTONE CHINA BVI HOLDING, LTD., et al.,<br><br>　　　　　Defendants. | Adv. No. 14-50985 (BLS) |
| FRED C. CARUSO, solely in his capacity as the Revstone/Spara Litigation Trustee for the Revstone/Spara Litigation Trust,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>HOMER W. MCCLARTY, et al.,<br><br>　　　　　Defendants. | Adv. No. 14-50986 (BLS) |
| In re:<br>TPOP, LLC,[4]<br>　　　　　Debtor. | Chapter 11<br>Case No. 13-11831 (BLS) |
| TPOP, LLC,<br>　　　　　Plaintiff,<br>　　v.<br>JPMORGAN CHASE BANK, N.A., et al.,<br>　　　　　Defendants. | Adv. No. 14-50032 (BLS) |

## STIPULATED JUDGMENT AGAINST GEORGE S. HOFMEISTER

Upon consideration of the *Stipulation for Judgment Against George S. Hofmeister* entered

into between (a) the Revstone/Spara Litigation Trust (the "Litigation Trust"), (b) TPOP, LLC

---

[4] The Debtor in this chapter 11 case is TPOP, LLC f/k/a Metavation, LLC, and the last four digits of its federal tax identification number are 5884. The location of the Debtor's headquarters and the Debtor's service address is TPOP, LLC, c/o Huron Consulting Group Inc., 900 Wilshire Drive, Suite 270, Troy, MI 48084, Attn: John C. DiDonato, Chief Restructuring Officer.

- 2 -

- 3 -

("TPOP", together with the Litigation Trust, the "Plaintiffs"), and (c) George S. Hofmeister ("Hofmeister"), and good cause appearing therefor,

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. Judgment is entered against Hofmeister, and in favor of the Plaintiffs, in the total principal amount of $5,000,000.00 (the "Principal Amount") in each of the above-captioned adversary proceedings (the "Adversary Proceedings") and with respect to each Claim for Relief set forth in the complaints filed in each of the Adversary Proceedings.

2. Post-judgment interest on the Principal Amount shall accrue and be payable by Hofmeister to the Plaintiffs, at the prevailing federal rate pursuant to 28 U.S.C. § 1961, from the date of entry of this Judgment to the date the Principal Amount is paid in full.

3. Hofmeister has consented to entry of this Judgment by the Court and has waived all rights to appeal or otherwise challenge entry of this Judgment.

4. The Court retains jurisdiction to hear and determine all matters arising from or related to this Judgment.