# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>REVSTONE INDUSTRIES, LLC, et al.,[3]<br>　　　　Reorganized Debtors. | Chapter 11<br>Case No. 12-13262 (BLS)<br>Jointly Administered |
| FRED C. CARUSO, solely in his capacity as the Revstone/Spara Litigation Trustee for the Revstone/Spara Litigation Trust,<br>　　　　Plaintiff,<br>　v.<br>ASCALON ENTERPRISES, et al.,<br>　　　　Defendants. | Adv. No. 14-50031 (BLS) |
| FRED C. CARUSO, solely in his capacity as the Revstone/Spara Litigation Trustee for the Revstone/Spara Litigation Trust,<br>　　　　Plaintiff,<br>　v.<br>GEORGE S. HOFMEISTER, et al.,<br>　　　　Defendants. | Adv. No. 14-50033 (BLS) |
| FRED C. CARUSO, solely in his capacity as the Revstone/Spara Litigation Trustee for the Revstone/Spara Litigation Trust,<br>　　　　Plaintiff,<br>　v.<br>DONALD B. LIFTON, et al,,<br>　　　　Defendants. | Adv. No. 14-50983 (BLS) |

---

[3] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool & Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each Debtor is: Revstone Industries, LLC, et al., c/o Huron Consulting Group Inc., PO Box 1720, Birmingham, MI 48012, Attn: John C. DiDonato, Chief Restructuring Officer.

DOCS_DE:231021.4 73864/029

| | |
|---|---|
| FRED C. CARUSO, solely in his capacity as the Revstone/Spara Litigation Trustee for the Revstone/Spara Litigation Trust,<br>                Plaintiff,<br>    v.<br>REVSTONE CHINA BVI HOLDING, LTD., et al.,<br><br>                Defendants. | Adv. No. 14-50985 (BLS) |
| FRED C. CARUSO, solely in his capacity as the Revstone/Spara Litigation Trustee for the Revstone/Spara Litigation Trust,<br>                Plaintiff,<br>    v.<br>HOMER W. MCCLARTY, et al.,<br>                Defendants. | Adv. No. 14-50986 (BLS) |
| In re:<br>TPOP, LLC,[4]<br>                Debtor. | Chapter 11<br>Case No. 13-11831 (BLS) |
| TPOP, LLC,<br>                Plaintiff,<br>    v.<br>JPMORGAN CHASE BANK, N.A., et al.,<br>               Defendants. | Adv. No. 14-50032 (BLS) |

## STIPULATED JUDGMENT AGAINST GEORGE S. HOFMEISTER

Upon consideration of the *Stipulation for Judgment Against George S. Hofmeister* entered into between (a) the Revstone/Spara Litigation Trust (the "Litigation Trust"), (b) TPOP, LLC

---

[4] The Debtor in this chapter 11 case is TPOP, LLC f/k/a Metavation, LLC, and the last four digits of its federal tax identification number are 5884. The location of the Debtor's headquarters and the Debtor's service address is TPOP, LLC, c/o Huron Consulting Group Inc., 900 Wilshire Drive, Suite 270, Troy, MI 48084, Attn: John C. DiDonato, Chief Restructuring Officer.

("TPOP", together with the Litigation Trust, the "Plaintiffs"), and (c) George S. Hofmeister ("Hofmeister"), and good cause appearing therefor,

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. Judgment is entered against Hofmeister, and in favor of the Plaintiffs, in the total principal amount of $5,000,000.00 (the "Principal Amount") in each of the above-captioned adversary proceedings (the "Adversary Proceedings") and with respect to each Claim for Relief set forth in the complaints filed in each of the Adversary Proceedings.

2. Post-judgment interest on the Principal Amount shall accrue and be payable by Hofmeister to the Plaintiffs, at the prevailing federal rate pursuant to 28 U.S.C. § 1961, from the date of entry of this Judgment to the date the Principal Amount is paid in full.

3. Hofmeister has consented to entry of this Judgment by the Court and has waived all rights to appeal or otherwise challenge entry of this Judgment.

4. The Court retains jurisdiction to hear and determine all matters arising from or related to this Judgment.

**Dated: January 4th, 2021 Wilmington, Delaware**

BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE

- 3 -