# Notice Recipients

District/Off: 0311−1   User: Sherry   Date Created: 1/5/2021
Case: 14−50031−BLS   Form ID: pdfjo   Total: 8

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Colin Robinson | crobinson@pszjlaw.com |
| aty | Colin R. Robinson | crobinson@pszjlaw.com |
| aty | Evan O Williford | evanwilliford@thewillifordfirm.com |
| aty | Laura Davis Jones | ljones@pszjlaw.com |
| aty | Sheldon Samuel Toll | sst@lawtoll.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| aty | Elissa A. Wagner | Pachulski Stang Ziehl & Jones LLP | 10100 Santa Monica Boulevard, 13th Floor | Los Angeles, CA 90067−4100 |
| ust | U.S. Trustee | Office of the United States Trustee | J. Caleb Boggs Federal Building | 844 King Street, Suite 2207    Lockbox 35    Wilmington, DE 19801 usa |
| ust | U.S. Trustee | Office of United States Trustee | J. Caleb Boggs Federal Building | 844 King Street, Suite 2207    Lockbox 35    Wilmington, DE 19899−0035 usa |

TOTAL: 3